## VERIFICATION

I, Nathan Prawitt, am the plaintiff in this action. I have reviewed the allegations made in the Verified Shareholder Derivative Complaint, know the contents thereof, and authorize its filing. As to those allegations of which I have personal knowledge, I believe those allegations to be true. As to those allegations of which I do not have personal knowledge, I rely upon my counsel and their investigation, and I believe those allegations to be true.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 6/2/2022

NATHAN PRAWITT