**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| NATHAN PRAWITT, derivatively on behalf of INTRUSION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JACK B. BLOUNT, MICHAEL L. PAXTON, B. FRANKLIN BYRD, P. JOE HEAD, GARY DAVIS, JAMES F. GERO, ANTHONY SCOTT, ANTHONY J. LEVECCHIO, KATRINKA B. MCCALLUM, JAMIE M. SCHNUR, GREORY K. WILSON,<br><br>Defendants,<br><br>and<br><br>INTRUSION, INC.,<br><br>Nominal Defendant. | Case No. 1:22-cv-00735-MN |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT**

Pursuant to Rule 23.1(c) of the Federal Rules of Civil Procedure, Plaintiff Nathan Prawitt ("Plaintiff"), on behalf of Intrusion, Inc. ("Intrusion" or the "Company"), by and through his counsel of record, submits this unopposed motion for preliminary approval of derivative settlement (the "Settlement") and, in support thereof, states:

1. By this motion, Plaintiff moves the Court for the entry of the Proposed Preliminary Approval Order submitted herewith, which provides for, among other things: (i) preliminary approval of the Settlement as set forth in the Stipulation of Compromise and Settlement dated September 28, 2023 (the "Stipulation"); (ii) approval of the form

and manner of the Notice of the Settlement; and (iii) setting a date for the Settlement Hearing for the purpose of determining whether the Settlement should be finally approved as fair, reasonable, and adequate.

2. The relief sought in this Motion is supported by the Declaration of Timothy J. MacFall, dated October 16, 2023, and Plaintiff's Brief in Support of Unopposed Motion for Preliminary Approval of Derivative Settlement filed contemporaneously herewith.

3. Defendants do not oppose the relief requested in this motion.

4. A proposed order in conformity with the Proposed Preliminary Approval Order attached to the Stipulation as Exhibit A is submitted herewith.

WHEREFORE, Plaintiff respectfully requests that the Court grant the unopposed motion for preliminary approval and enter the proposed order submitted herewith.

Dated: October 16, 2023            Respectfully submitted,

**RIGRODSKY LAW, P.A.**

<u>/s/ Seth D. Rigrodsky</u>
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
Herbert Mondros (#3308)
300 Delaware Avenue. Suite 210
Wilmington. DE 19801
(302) 295-5310
Email: sdr@rl-legal.com
        hwm@rl-legal.com
        gms@rl-legal.com

*Counsel for Plaintiff Nathan Prawitt*